JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DANNY PAUL MEDINA,                    )   Case No. CV 11-10327 JFW (JC)
                                      )
                    Petitioner,       )   JUDGMENT
                                      )
              v.                      )
                                      )
L. S. McEWEN, Warden,                 )
                                      )
                    Respondent.       )
_____      )

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.


    DATED:  September 6, 2012


_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE